## UNITED STATES DISTRICT COURT FOR
## THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN A. CONNER, DPM, P.C., individually and on behalf of the class defined herein, <br><br> Plaintiff, <br> v. <br><br> ADVANCED DIABETIC SOLUTIONS, LLC and JOHN DOES 1-10, <br><br> Defendants. | Civil Action No. 2:16-cv-01437 <br><br> Class Action |

### NOTICE OF VOLUNTARY DISMISSAL

NOW COMES Plaintiff, by and through its undersigned attorneys, and pursuant to Fed R. Civ. Proc. 41(a)(1)(A)(i), hereby voluntarily dismisses Plaintiff's individual claims against Defendant without prejudice, and with each party bearing its own costs. Plaintiff's class claims are dismissed without prejudice and with each party bearing its own costs. This notice of dismissal disposes of the entire action.

Respectfully submitted,
SHENKAN INJURY LAWYERS, LLC.

_/s/ Richard Shenkan_
Richard Shenkan
SHENKAN INJURY LAWYERS, LLC
6550 Lakeshore Street
West Bloomfield, MI 4823
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 19, 2017, he caused the foregoing document to be electronically filed with the Clerk of the United States District for the Western District of Pennsylvania by filing through the CM/ECF system, and caused service upon the following parties as indicated below:

<u>*Via US Mail To*</u>:
Advanced Diabetic Solutions LLC
1576 Atkinson Road
Lawrenceville, GA 30043

SHENKAN INJURY LAWYERS, LLC.

_____
Richard Shenkan
SHENKAN INJURY LAWYERS, LLC.
6550 Lakeshore Street
West Bloomfield, MI 4823
*Attorney for Plaintiff*